| | | |
|---|---|---|
| Diane Pryor | ) | Case No. 16-16815 |
| | ) | |
| Debtor | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Chapter 13 |

## FINDINGS OF FACT

### A. The Parties

1. The debtor is Diane Pryror.

2. The third mortgage holder is AmeriFirst Home Improvement Finance.

### B. Factual Background

1. On or about May 18, 2016, Plaintiff filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Plaintiffs own the real estate commonly known as 2324 West 72nd Street, Chicago, IL, 60636 ("the real estate").

3. That Bayview Financial Loan ("Bayview") holds a first mortgage lien on the real estate with a secured claim of $68,750.69 pursuant to proof of claim #5 filed on August 12, 2016 by Bayview Loan Servicing, LLC, by and through Toni Townsend.

4. The Defendant holds a third mortgage lien on the real estate in the amount of $24,248.90 pursuant to proof of claim #1 filed on May 23, 2016 by Defendant.

5. That the Plaintiffs obtained an valuation of the property on May 18, 2016 indicating the value the real estate as $59,333.00.

6. The first mortgage lien of Bayview is a secured claim based on the mortgage recorded on February 21, 1998 as document number 98170981 with the Cook County Recorder of Deeds, Illinois.

7. The third mortgage lien of the Defendant is a claim based on the mortgage recorded September 6, 20015 as document number 0529454010 with the Cook County Recorder of Deeds, Illinois.

8. The current Chapter 13 plan provides that the Plaintiffs will make monthly payments to the Chapter 13 Trustee in the amount of $595.00 per month.

9. Under the Plan, general unsecured creditors will be paid a dividend of ten percent (9%) of their allowed claims.

10. On October 29, 2016 debtor effected service of a motion to value the claim of Amerifirst pursuant to 11 U.S.C. § 506(a) and the Bankruptcy Rule 3012 to determine the validity of Defendant's lien on Plaintiff's property located at 2324 West 72nd Street, Chicago, IL, 60636.

11. That on October 29, 2016 a copy of the summons and complaint was served in accordance with the Federal Rules of the Bankruptcy Procedure.

12. No evidence has been presented to challenge the validity of the secured claim that hold priority that holds priority over the third mortgage lien.

13. No evidence has been presented to challenge the appraised value of $59,333.00.

14. The first secured claim of Bayview in the amount of $68,750.69 exhausts the value and equity in Plaintiffs' residence.

15. There is no value and equity to support the claim of the Defendant.

## CONCLUSIONS OF LAW

### A. Jurisdiction

1. This contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

2. Venue is proper in this district pursuant to U.S.C. § 1409.

### B. Argument

1. Is action was initiated under 11 U.S.C. § 506(a) and F.R. Bankr. P. 3012.

2.  The Debtor scheduled the first secured claim of Bayview in the amount of $68,750.69 and the second secured claim of the Amerifirst in the amount of $24,248.90.

3.  Bayview filed a proof of claim on August 12, 2016 for the amount of $50,834.32. Said claim is secured by a first mortgage on the Plaintiffs' property located at 2324 West 72nd Street, Chicago, IL, 60636 ("the real estate").

4.  The Defendant filed a proof of claim on May 23, 2016 for the amount of $24,248.90. Said claim is third in priority to the first mortgage lien.

5.  That the value of Plaintiffs' property is $59,333.00.

6.  As there is no value or equity to support the second priority lien of the Defendant its claim is not a claim secured at all by a security interest in the Debtors' residence, as the term is used in § 1322(b) of the Bankruptcy Code. The Chapter 13 Plan may value the collateral under F.R. Bankr. P. 3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtors, and entry of the discharge. *In re Meyer,* 2009 B 20268, Docket Entry 69 (Bankkr.N.D.Ill. January 29, 2010).

Dated;_____

Enter:

_____
United States Bankruptcy Judge

Charles Portman
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

**Exhibit A**

# Comparative Market Analysis

## Property At: 2324 West 72nd Street

*Prepared For:*
Diane Pryor
2324 72nd Street
Chicago, IL 60636

*Prepared By:*
Conney Sawyer
City & Suburban Real Estate Co



Office Phone: (773) 734-4157
Direct Line: (773) 734-4157
Personal Fax Number:
Email: sconneysawyer@outlook.com

Prepared By: Conney Sawyer City & Suburban Real Estate Co

# Resume For CONNEY SAWYER



**CONNEY SAWYER**

**CITY & SUBURBAN REAL ESTATE**
**7826 S. BENNETT**

Office Phone: **(773) 734-4157**
Cell Phone:    **(773) 316-6126**
Email:          **sconneysawyer@outlook.com**

*Managing Broker*
*25 years experience*
*GRI*

connectMLS - Connecting Your Real Estate Community

**Prepared By: Conney Sawyer City & Suburban Real Estate Co**

# Subject Property



**Street Number:** 2324
**Street Name:** 72
**City:** Chicago

Prepared By: Conney Sawyer City & Suburban Real Estate Co

# Seller's Statement
## Property At: 2324 West 72nd Street

### *Prepared For: Diane Pryor*
### *2324 72nd Street*
### *Chicago, IL 60636*

### *Suggested Market Value: $59,333*

**Prepared By: Conney Sawyer City & Suburban Real Estate Co**

# Market Analysis Summary

## Recently Sold

**Comparables**

| MLS # | Stat | Address | List Price | Sold Pr | Clsd Dt | # Rms | Beds | Baths | LMT |
|-------|------|---------|------------|---------|---------|-------|------|-------|-----|
| 09112940 | CLSD | 7314 S Claremont AVE | $39,900 | $54,000 (F) | 02/19/2016 | 5 | 3 | 2 | 23 |
| 09110029 | CLSD | 7247 S OAKLEY AVE | $65,000 | $67,000 | 03/10/2016 | 6 | 3 | 1 | 27 |
| 08845046 | CLSD | 7246 S Claremont AVE | $65,000 | $70,000 (S) | 03/23/2016 | 7 | 3 | 1.1 | 302 |

**Statistics**

Total Properties

| | List Price | Sold Pr | ASF | Beds | Baths | LMT | M' |
|-------|-----------|---------|-----|------|-------|-----|----|
| Minimum | $39,900 | $54,000 | 837 | 3 | 1 | 23 | 2 |
| Maximum | $65,000 | $70,000 | 1080 | 3 | 2 | 302 | 30 |
| Average | $56,633 | $63,667 | 972 | 3 | 1 | 117 | 11 |

Sold properties closed averaging 112.42% of their Final List Price (FLP).
This reflects a 12.42% difference between property sale prices and their FLP's.

**Prepared By: Conney Sawyer City & Suburban Real Estate Co**

# Market Analysis Summary (continued)

## Currently for Sale

**Comparables**

| MLS # | Stat | Address | List Price | # Rms | Beds | Baths | LMT | M |
|-------|------|---------|------------|-------|------|-------|-----|---|
| 09043058 | ACTV | 2308 W 72nd ST | $80,000 | 6 | 3 | 1 | 244 | 24 |
| 09043075 | ACTV | 2229 W 72nd ST | $90,000 | 7 | 3 | 2.1 | 244 | 24 |
| 09043084 | ACTV. | 2226 W 72nd ST | $90,000 | 7 | 4 | 1 | 244 | 24 |

**Statistics**                                          Total Propertie

| | List Price | ASF | Beds | Baths | LMT | MT |
|---|-----------|-----|------|-------|-----|-----|
| Minimum | $80,000 | 1029 | 3 | 1 | 244 | 24 |
| Maximum | $90,000 | 1147 | 4 | 2.1 | 244 | 24 |
| Average | $86,667 | 1082 | 3 | 1 | 244 | 24 |

connectMLS - Connecting Your Real Estate Community

**Prepared By: Conney Sawyer City & Suburban Real Estate Co**

connectMLS - Connecting Your Real Estate Community

| | Subject Property | Comp #1 | Comp #2 | Comp #3 |
|---|---|---|---|---|
| Address: | 2324 W 72 ST Chicago, Illinois 60636 | 7314 S Claremont AVE Chicago, Illinois 60636 | 7247 S OAKLEY AVE Chicago, Illinois 60636 | 7246 S Claremont Chicago, Illinoi |
| MLS #: | | 09112940 | 09110029 | 08845046 |
| Status: | | CLSD | CLSD | CLSD |
| List Price: | | $39, 900 | $65, 000 | $65, 000 |
| Sold Price: | | $54, 000 (F) | $67, 000 | $70, 000 (S) |
| Closed Date: | | 02/19/2016 | 03/10/2016 | 03/23/2016 |
| Market Time: | | 23 | 27 | 302 |
| # Rooms: | | 5 | 6 | 7 |
| Bedrooms: | 2 | 3 | 3 | 3 |
| # Full Baths: | 1 | 2 | 1 | 1 |
| # Half Baths: | 1 | 0 | 0 | 1 |
| Subdivision: | | | | |
| Lot Size: | Less Than .25 Acre | Less Than .25 Acre | Oversized Chicago Lot | Standard Chica |
| Approx Sq Ft: | 875 | 1080 | 1000 | 837 |
| Type Detached: | 1 Story, Raised Ranch | 1 Story | 1 Story | Raised Ranch |
| Dining Room: | | | Separate | Separate |
| Living Room Size: | | 18X12 | 12X10 | 15X12 |
| Master Bedroom Size: | | 12X11 | 12X10 | 12X10 |
| Model: | | | Bungalow | Bungalow |
| Basement Description: | Unfinished | Partially Finished | Unfinished | Finished |
| Garage Details: | | | | |
| Parking Details: | | | | |
| Age: | 51-100 Years | 51-60 Years | 91-100 Years | 81-90 Years |
| Exterior Building Type: | Brick | Brick | Brick | Brick |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed/Court Approved: | | F | N/A | S |

connectMLS - Connecting Your Real Estate Community

**Prepared By: Conney Sawyer City & Suburban Real Estate Co**

# (continued)

| | Subject Property | Comp #4 | Comp #5 | Comp #6 |
|---|---|---|---|---|
| |  |  |  |  |
| Address: | 2324 W 72 ST Chicago, Illinois 60636 | 2308 W 72nd ST Chicago, Illinois 60636 | 2229 W 72nd ST Chicago, Illinois 60636 | 2226 W 72nd ST Chicago, Illinois 60636 |
| MLS #: | | 09043058 | 09043075 | 09043084 |
| Status: | | ACTV | ACTV | ACTV |
| List Price: | | $80, 000 | $90, 000 | $90, 000 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 244 | 244 | 244 |
| # Rooms: | | 6 | 7 | 7 |
| Bedrooms: | 2 | 3 | 3 | 4 |
| # Full Baths: | 1 | 1 | 2 | 1 |
| # Half Baths: | 1 | 0 | 1 | 0 |
| Subdivision: | | | | |
| Lot Size: | Less Than .25 Acre | Standard Chicago Lot | Less Than .25 Acre | Less Than .25 Acre |
| Approx Sq Ft: | 875 | 1147 | 1071 | 1029 |
| Type Detached: | 1 Story, Raised Ranch | 1.5 Story | 1.5 Story | 1.5 Story |
| Dining Room: | | Separate | | |
| Living Room Size: | | 12X14 | 12X19 | 15X15 |
| Master Bedroom Size: | | 10X12 | 12X12 | 13X13 |
| Model: | | Bungalow | | |
| Basement Description: | Unfinished | Finished | Partially Finished | Finished |
| Garage Details: | | | | |
| Parking Details: | | | | |
| Age: | 51-100 Years | 91-100 Years | 91-100 Years | 91-100 Years |
| Exterior Building Type: | Brick | Brick | Brick | Brick |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed/Court Approved: | | | | |

Prepared By: Conney Sawyer City & Suburban Real Estate Co



| Key | MLS # | Status | Address | Beds | # Full Baths | # Half Baths | Price |
|-----|-------|--------|---------|------|--------------|--------------|-------|
| 1) | 09112940 | CLSD | 7314 S Claremont AVE | 3 | 2 | 0 | $54,000 |
| 2) | 09110029 | CLSD | 7247 S OAKLEY AVE | 3 | 1 | 0 | $67,000 |
| 3) | 08845046 | CLSD | 7246 S Claremont AVE | 3 | 1 | 1 | $70,000 |
| 4) | 09043058 | ACTV | 2308 W 72nd ST | 3 | 1 | 0 | $80,000 |
| 5) | 09043075 | ACTV | 2229 W 72nd ST | 3 | 2 | 1 | $90,000 |
| 6) | 09043084 | ACTV | 2226 W 72nd ST | 4 | 1 | 0 | $90,000 |

**Prepared By: Conney Sawyer City & Suburban Real Estate Co**

**CMA Summary Report**

**Detached Single**

**Active - Detached Single**

| # | MLS # | Address | Status | Area | Beds | Baths | Type | SCI | LMT | MT | LP |
|---|-------|---------|--------|------|------|-------|------|-----|-----|----|----|
| 1 | 09043058 | 2308 W 72nd | ACTV | 8066 | 3 | 1 | 1.5 Story | None | 244 | 244 | $80 |
| 2 | 09043075 | 2229 W 72nd | ACTV | 8066 | 3 | 2.1 | 1.5 Story | None | 244 | 244 | $90 |
| 3 | 09043084 | 2226 W 72nd | ACTV | 8066 | 4 | 1 | 1.5 Story | None | 244 | 244 | $90 |

**3 Active - Detached Single Statistics**

|  | High | Low | Average | Median |
|--|------|-----|---------|--------|
| List Price | $90,000 | $80,000 | $86,667 | $90,000 |
| Listing Market Time | 244 | 244 | 244 | 244 |
| Market Time | 244 | 244 | 244 | 244 |

**Sold - Detached Single**

| # | MLS # | Address | Status | Area | Beds | Baths | Type | SCI | LMT | MT | LP | SP | Close D |
|---|-------|---------|--------|------|------|-------|------|-----|-----|----|----|----|---------|
| 1 | 09112940 | 7314 S Claremont | CLSD | 8066 | 3 | 2 | 1 Story | None | 23 | 23 | $39,900 | $54,000 (F) | 02/19/: |
| 2 | 09110029 | 7247 S Oakley | CLSD | 8066 | 3 | 1 | 1 Story | None | 27 | 27 | $65,000 | $67,000 | 03/10/: |
| 3 | 08845046 | 7246 S Claremont | CLSD | 8066 | 3 | 1.1 | Raised Ranch | Short Sale | 302 | 302 | $65,000 | $70,000 (S) | 03/23/: |

**3 Sold - Detached Single Statistics**

|  | High | Low | Average | Median |
|--|------|-----|---------|--------|
| List Price | $65,000 | $39,900 | $56,633 | $65,000 |
| Sold Price | $70,000 | $54,000 | $63,667 | $67,000 |
| Listing Market Time | 302 | 23 | 117 | 27 |
| Market Time | 302 | 23 | 117 | 27 |

**6 Detached Single Summary Statistics**

|  | High | Low | Average | Median |
|--|------|-----|---------|--------|
| List Price | $90,000 | $39,900 | $71,650 | $72,500 |
| Sold Price | $70,000 | $54,000 | $63,667 | $67,000 |
| Listing Market Time | 302 | 23 | 181 | 244 |
| Market Time | 302 | 23 | 181 | 244 |

Prepared By: Conney Sawyer City & Suburban Real Estate Co